Case: 1:16-cv-03456 Document #: 15 Filed: 07/29/16 Page 1 of 1 PageID #:44
ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jose Ramos,

Plaintiff(s),

v.

Hafeez Enterprises, Inc. and Aurangezeb Hafeez,

Defendant(s).

Case No. 16 CV 3456
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of plaintiff, Jose Ramos and against defendants, Hafeez Enterprises, Inc. and Aurangezeb Hafeez in the amount of $38,532.00. Plaintiff's Counsel is also awarded attorneys' fees and costs in the total amount of $5,900.00.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.


Date: 7/29/2016                             Thomas G. Bruton, Clerk of Court

                                            s/ G. Lewis , Deputy Clerk